IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-311-D

| | |
|---|---|
| RICHARD H. MCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On December 21, 2012, plaintiff sent a letter requesting appointment of counsel [D.E. 9]. On February 1, 2013, the court denied plaintiff's motion to appoint counsel [D.E. 20]. On March 18, 2013, plaintiff filed a motion for reconsideration [D.E. 22].

Plaintiff's complaint is straightforward. The action does not involve exceptional circumstances. Plaintiff's motion for reconsideration [D.E. 22] is DENIED.

SO ORDERED. This **21** day of March 2013.

JAMES C. DEVER III
Chief United States District Judge