# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD H. MCAULEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)    **JUDGMENT**<br>THOMAS G. WALKER, *United States Attorney*, )    **CASE NO. 7:12-CV-311-D**<br>ERIC H. HOLDER, JR., *United States* )<br>*Attorney General*, and CAROLYN W. COLVIN, )<br>*Acting Commissioner of Social Security*, )<br>    Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objections to the Memorandum and Recommendations [D.E. 34] are OVERRULED, Plaintiff's Motions for Hearing and Judgment on the Pleadings [D.E. 25, 32] are DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, Defendant's final decision is AFFIRMED, and the action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 28, 2014,** WITH A COPY TO:

Richard H. McAuley (via USPS to 2767 Ocean View Avenue SW, Supply, NC 28462)
Christian M. Vainieri (via CM/ECF electronic notification)

| | |
|---|---|
| <u>January 28, 2014</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/Debby Sawyer       </u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |